MN-252

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

Nancy A. Nessa,  Case No.: 09-60081
 Chapter 7
        Debtors.

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY**

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist trustee in carrying out the trustee's duties as follows: Object to the debtor's claim of exemptions and if necessary, pursue turnover of assets deemed nonexempt.

3. Gene W. Doeling of Kaler Doeling Law Office is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $180 per hour plus all out-of-pocket expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None except that Gene W. Doeling is the Trustee in this case.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: N/A.

WHEREFORE, applicant prays that the Court approve such employment by the trustee.

Dated: March 24, 2009        Signed: /e/   Gene W. Doeling
                                                   Gene W. Doeling, Trustee

MN-252

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

Nancy A. Nessa,   Case No.: 09-60081
  Chapter 7
      Debtors.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Gene W. Doeling, of Kaler Doeling Law Office, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following: None.

Dated: March 24, 2009     /e/ Gene W. Doeling
        Gene W. Doeling
        KALER DOELING LAW OFFICE
        PO Box 423
        Fargo, ND  58107-0423
        701-232-8757
        Atty. Reg No. 232429

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

Nancy A. Nessa,   Case No.: 09-60081
                  Chapter 7
      Debtors.

### UNSWORN CERTIFICATE OF SERVICE

    I, Gene W. Doeling, declare under penalty of perjury that on March 24, 2009 the following entities were served electronically via CM/ECF

    Office of the United States Trustee, ustpregion12.mn.ecf@usdoj.gov

Executed on :March 24, 2009    Signed:  /e/ Gene W. Doeling
                                                    Gene W. Doeling
                                                  121 Roberts Street
                                                  Fargo, ND  58102

MN-252             **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

Nancy A. Nessa,                                    Case No.: 09-60081
                                                             Chapter 7
                 Debtors.

**ORDER**

         On _____, the Application to Employ Gene W. Doeling of Kaler Doeling Law Office, as attorneys of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

      **IT IS HEREBY ORDERED** the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

         DATED:                              _____
                                                   UNITED STATES BANKRUPTCY JUDGE